IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MAURICE BALDWIN,                              :
                                              :
         Petitioner                           :
                                              :
VS.                                           :
                                              :  CIVIL ACTION NO.: 5:07-CV-255 (HL)
DONALD BARROW, Warden,                        :
                                              :
         Respondent                           :
                                              :
_____        :

**O R D E R**

Petitioner **MAURICE BALDWIN**, an inmate at Wilcox State Prison in Abbeville, Georgia, has filed a motion for reconsideration from this Court's July 2, 2007 Order that dismissed without prejudice his 28 U.S.C. § 2254 action. For reasons discussed below, this motion is **DENIED**.

In his motion for reconsideration, petitioner does not maintain that he has filed a habeas corpus action in state court and exhausted his available state judicial remedies. Instead, he states that his attorney abandoned his direct appeal and he has been unable to obtain transcripts of his trial court proceedings. Before this Court can review these, or any other issues set forth in a federal habeas corpus petition, the issues must be addressed by the appropriate state court in a state habeas action

Petitioner next maintains that his case should be allowed to proceed despite the lack of exhaustion because "the statutory time for filing a petition for a writ of habeas corpus pursuant to O.C.G.A. § 19-14-1 . . . ha[s] expired and it would [be] futile to persue (sic) same as the state would . . . invoke the procedural bar doctrine to the statute of limitation[s] period for filing [a] habeas petition." However, Petitioner is overlooking the fact that he is required by O.C.G.A. 9-14-41 to pursue and exhaust his state court remedies first. Petitioner will have to present any defenses he has to any applicable statute of limitations bar in the appropriate state court.

For the reasons discussed above, and in the Court's July 2, 2007 Order, petitioner's motion for reconsideration is **DENIED**.

**SO ORDERED**, this 18th day of July, 2007.

*s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb